**United States District Court**
For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    UNITED STATES OF AMERICA,

10              Plaintiff,                        No. C 07-00210 JSW

11       v.

12   DOROTHY J. LEOPOLD-COBB, et al.,        **ORDER REFERRING MATTER
                                             FOR SETTLEMENT**
13              Defendants.                  **CONFERENCE TO
                                             MAGISTRATE JUDGE**
14   _____/

15           Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a

16   randomly-assigned magistrate judge to conduct a settlement conference.  The settlement

17   conference shall be conducted within ninety days, if possible.  The parties will be advised of the

18   date, time and place of appearance by notice from the assigned magistrate judge.

19           The Court HEREBY CONTINUES the further case management conference to October

20   31, 2008 at 1:30 p.m.

21           **IT IS SO ORDERED.**

22

23   Dated: July 14, 2008                    _____
                                             JEFFREY S. WHITE
24                                           UNITED STATES DISTRICT JUDGE

25

26   cc:    Wings Hom

27

28