JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-6888
  Fax:        (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C-07-0210-JSW |
| Plaintiff, | |
| v. | |
| DOROTHY J. LEOPOLD-COBB, HERBERT LEOPOLD, PAULETTE E. BASS, DIANA HASKIN aka DIANA HASKIN-BASS, ROYCE L. WALKER, WAUSAU MORTGAGE CORPORATION, ALAMEDA COUNTY TAX COLLECTOR, | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE:    DECEMBER 12, 2008<br>TIME:    1:30 P.M. |
| Defendants. | |

On May 6, 2008, the Court filed its Order (1) Denying Leopold-Cobb's Motion for Summary Judgment and (2) Granting Plaintiff's Cross-Motion for Summary Judgment. On July 11, 2008, the parties requested that the case be referred to a United States Magistrate Judge for a Settlement Conference. On September 23, 2008, the Court referred the case to Magistrate Judge Maria-Elena James for a Settlement Conference. At that time, the case was set for a further case management conference on December 12, 2008 at 1:30 p.m.

A Settlement Conference was held on November 4, 2008. David L. Denier appeared for the government. Jeffrey H. Lowenthal appeared on behalf of defendant EMC Mortgage Corp. Glen L. Moss appeared on behalf of defendant Dorothy J. Leopold-Cobb. No other parties

1  appeared.  After approximately an hour and a half, the parties agreed that meaningful settlement
2  negotiations required an updated appraisal of the fair market value of the real property subject to
3  foreclosure, the property located at 22632 Northview Drive, Hayward, California.  The
4  government agreed to request that the IRS obtain an updated appraisal of the real property.  By
5  letter dated November 4, 2008, government counsel made such a request.  The Settlement
6  Conference was then continued to January 16, 2009 at 10:00 a.m.
7        The parties stipulate and agree that this Case Management Conference be vacated and
8  rescheduled for February 6, 2009, at 1:30 p.m.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 10, 2008        /s/ David L. Denier
                                               DAVID L. DENIER
                                               Assistant United States Attorney

Dated: December 10, 2008        /s/ Glen L. Moss
                                               GLEN L. MOSS
                                               Attorney for Defendant
                                               Dorothy J. Leopold-Cobb

Dated: December 10, 2008        /s/ Brian Kreft
                                               BRIAN KREFT
                                               Attorney for EMC Mortgage Corp.

RICHARD E. WINNIE
County Counsel
County of Alameda

Dated: December 10, 2008        /s/ Claude F. Kolm
                                               CLAUDE F. KOLM
                                               Deputy County Counsel
                                               Attorneys for Alameda
                                               County Tax Collector

1  O R D E R
2  Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered
3  that the Case Management Conference set for December 12, 2008 is vacated and rescheduled for
4  February 6, 2009, at 1:30 p.m.
5  ORDERED this __10__ day of December, 2008.

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, **KATHY TAT** declare: |
| 3 | That I am a citizen of the United States of America and employed in San Francisco County, |
| 4 | California; that my business address is Office of United States Attorney, 450 Golden Gate |
| 5 | Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, |
| 6 | and am not a party to the above-entitled action. |
| 7 | I am employed by the United States Attorney for the Northern District of California and |
| 8 | discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy |
| 9 | of the following: |
| 10 | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| 11 | to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed |
| 12 | envelope, and served as follows: |
| 13-14 | _X___    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| 15 | ____    **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)** |
| 16 | ____    **FACSIMILE (FAX)** No.: _____ |
| 17 | to the parties addressed as follows: |

| | |
|---|---|
| **Diana Bass, Pro Se**<br>330 Helena Court<br>Oakley, CA 94561 | **Lisa M. Quan**<br>**Gonsalves & Kozachenko**<br>**Attorney at Law**<br>**1133 Auburn St.**<br>**Fremont, CA 94538** |
| **Paulette E. Bass, Pro Se**<br>23066 Maud Avenue<br>Hayward, CA 94541 | **Royce L. Walker, in pro se**<br>3218 Jamie Way<br>Hayward, CA 9454 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 10, 2008** at San Francisco, California.

　　　　　　　　　　　　　　　　　/s/ Kathy Tat
　　　　　　　　　　　　　　　　**KATHY TAT**
　　　　　　　　　　　　　　　　**Legal Assistant**