IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. C-07-0210-JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOROTHY J. LEOPOLD-COBB, HERBERT ) | ~~PROPOSED~~ ORDER |
| LEOPOLD, PAULETTE E. BASS, DIANA ) | |
| HASKIN aka DIANA HASKIN-BASS, ROYCE ) | |
| L. WALKER, WAUSAU MORTGAGE ) | |
| CORPORATION, ALAMEDA COUNTY TAX ) | |
| COLLECTOR, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Stipulation of the parties and for good cause shown, it is hereby ordered that the Case Management Conference scheduled for Friday, February 6, 2009, be vacated and rescheduled for March 6, 2009, at 1:30 p.m.

Dated: February 4, 2009

_____
JEFFREY S. WHITE
United States District Judge