| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>DAVID L. DENIER (CSBN 95024) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, CA 94102 |
| 6 |   Telephone:   (415) 436-6888<br>  Fax:              (415) 436-6748 |
| 7 | |
| 8 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. C-07-0210-JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| DOROTHY J. LEOPOLD-COBB, HERBERT LEOPOLD, PAULETTE E. BASS, DIANA HASKIN aka DIANA HASKIN-BASS, ROYCE L. WALKER, WAUSAU MORTGAGE CORPORATION, ALAMEDA COUNTY TAX COLLECTOR, | ) STIPULATION AND ORDER<br>) OF DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, through their respective counsel of record, hereby stipulate that the complaint, counterclaim and cross-claims in the above-captioned action be dismissed with prejudice, each party to bear its own costs.

The parties to this stipulation are plaintiff United States of America, defendant Dorothy-Leopold Cobb, defendant EMC Mortgage Corporation, successor in interest to Wausau Mortgage Corporation, and defendant Alameda County Tax Collector. The remaining parties, defendant Herbert Leopold (deceased), defendant Paulette E. Bass, defendant Diana Haskin aka Diana Haskin-Bass and defendant Royce L. Walker, have not been actively participating in the

litigation and are in no way harmed by the dismissal.  The stipulating parties submit that the terms of the dismissal are proper.  Fed. R. Civ. P. 41(a)(2).  All parties will be served with a copy of the stipulation and proposed order.

                      JOSEPH P. RUSSONIELLO
                      United States Attorney

Dated: April 1, 2009              /s/
                      DAVID L. DENIER
                      Assistant United States Attorney

Dated: March 27, 2009          /s/
                      GLEN L. MOSS
                      Attorney for Defendant
                      Dorothy J. Leopold-Cobb

Dated: March 30, 2009          /s/
                      BRIAN M. KREFT
                      Attorney for EMC Mortgage Corp.

                      RICHARD E. WINNIE
                      County Counsel
                      County of Alameda

Dated: March 30, 2009          /s/
                      CLAUDE F. KOLM
                      Deputy County Counsel
                      Attorneys for Alameda
                      County Tax Collector

O R D E R

For good cause shown and pursuant to the Stipulation of the parties, the Court hereby orders that the complaint, counterclaim and cross-claims in the above-captioned action be and hereby are dismissed with prejudice. Fed. R. Civ. P. 41(a)(2).

ORDERED this __2nd__ day of __April_____, 2009, at San Francisco, California.

_____
JEFFREY S. WHITE
United States District Judge

Stip & Order of Dismissal With Prejudice.
(No. C-07-0210-JSW)

3

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_X\_\_\_ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

\_\_\_\_ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

| **Diana Bass, Pro Se**<br>**330 Helena Court**<br>**Oakley, CA 94561** | **Paulette E. Bass, Pro Se**<br>**P.O. Box 1521**<br>**Martinez, CA 94553-0521** | **Royce L. Walker, in pro se**<br>**3218 Jamie Way**<br>**Hayward, CA 9454** |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **April 1, 2009** at San Francisco, California.

                                  /s/ Kathy Tat
                                  **KATHY TAT**
                                  **Legal Assistant**